IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| SPECTRUM LABORATORIES, LLC, | : | Case No. 1:24-cv-29 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| QUICK FIX PLUS, et al., | : | |
| Defendants. | : | |

## THIRD ORDER TO SHOW CAUSE

This matter is before the Court sua sponte. On January 23, 2024, Plaintiff filed its Complaint (Compl., Doc. 1.) On May 9, 2024, Plaintiff filed an Amended Complaint, substituting Fire On Location Corporation ("FOLC") for Quick Fix Plus. (Am. Compl., Doc. 6.) Plaintiff then obtained an executed waiver of service from FOLC on May 21, 2024. (Waiver of Service, Doc. 8.) Since then, the parties have agreed to a series of extensions for FOLC to answer the Amended Complaint. (*See* Docs. 13, 15, 16, 17.) According to the last extension, FOLC's answer was due on October 25, 2024. (10/09/24 Notation Order.) FOLC, however, has failed to answer.

Pursuant to Federal Rule of Civil Procedure 41(b), district courts have the power to dismiss civil actions for want of prosecution to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R.*, 370 U.S. 626, 630-31 (1962); *see also Jourdan v. Jabe*, 951 F.2d 108, 109-10 (6th Cir. 1991). Accordingly, Plaintiff is hereby **ORDERED** to show cause, within 14 days of this Order, why Plaintiff's

claims should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*

JUDGE MATTHEW W. McFARLAND
