# EXHIBIT
# C-2



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

DECEMBER 14, 2023
Invoice No: 1496244

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE: ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS
25692-00108

THROUGH NOVEMBER 30, 2023 INCLUDING THE FOLLOWING ITEMIZED SERVICES

| | |
|---|---:|
| FEES FOR SERVICES | $ 4,327.50 |
| LESS 10% FEE DISCOUNT | -432.75 |
| TOTAL | $ 3,894.75 |

AGING OF ACCOUNT

| 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH  45208

DECEMBER 14, 2023
Invoice No:  1496244

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:  ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS
     25692-00108

THROUGH NOVEMBER 30, 2023 INCLUDING THE FOLLOWING ITEMIZED SERVICES

| | |
|---|---:|
| FEES FOR SERVICES | $    4,327.50 |
| LESS 10% FEE DISCOUNT | -432.75 |
| TOTAL | $    3,894.75 |

STATEMENT OF ACCOUNT

| | |
|---|---:|
| STATEMENT DATED CURRENT | $    3,894.75 |
| ADJUSTMENTS OR CREDITS | -3,894.75 |
| TOTAL AMOUNT DUE | $        0.00 |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

# McDonald|Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS
    25692-00108

11/17/23   REVIEW "QUICKFIX.PLUS" WEBSITE TO GATHER FACTS FOR
          NEW COMPLAINT (0.6); PERFORM FACT RESEARCH TO TRY AND
          IDENTIFY COMPANIES OR INDIVIDUALS THAT OWN OR OPERATE
          "QUICKFIX PLUS" BUSINESS TO NAME THEM AS DEFENDANTS
          IN COMPLAINT (0.7); PERFORM LEGAL RESEARCH TO
          DETERMINE EXTENT TO WHICH SPECTRUM CAN NAME A "DBA"
          OR "UNREGISTERED CORPORATION" AS A DEFENDANT IN A
          LAWSUIT (1.0); DRAFT COMPLAINT AGAINST QUICKFIX PLUS
          BUSINESS (1.2).
          MATTHEW J CAVANAGH       3.50 hours at  585.00/hr  2,047.50

11/21/23   CONTINUE TO DRAFT AND REVISE COMPLAINT AGAINST "QUICK
          FIX PLUS" BUSINESS AND FORWARD SAME TO J. HALE AND J.
          TUCKER FOR REVIEW AND APPROVAL (2.3); REVIEW RESPONSE
          TO C&D LETTER FROM "QUICK FIX PLUS" BUSINESS AND
          DRAFT EMAIL TO J. HALE AND J. TUCKER REGARDING
          OBTAINING IDENTITY OF CORPORATIONS OR INDIVIDUALS
          BEHIND QUICK FIX PLUS BUSINESS (0.3).
          MATTHEW J CAVANAGH       2.60 hours at  585.00/hr  1,521.00



McDonald Hopkins LLC          P. 216.348.5400
Suite 2100                        F. 216.348.5474
600 Superior Avenue, E      mcdonaldhopkins.com
Cleveland, Ohio  44114      Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS                JANUARY 5, 2024
P.O. BOX 8401               Invoice No:  1497986
CINCINNATI, OH  45208

---

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:   ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS
      25692-00108

THROUGH DECEMBER 31, 2023 INCLUDING THE FOLLOWING ITEMIZED SERVICES

| | |
|---|---|
| FEES FOR SERVICES | $      930.00 |
| LESS 10% FEE DISCOUNT | -93.00 |
| TOTAL | $      837.00 |

AGING OF ACCOUNT

| 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

PAYMENT BY WIRE TRANSFER OR ACH    PAYMENT BY CREDIT CARD    PAYMENT BY CHECK
CONTACT ACCOUNTS RECEIVABLE      PAYMENT PORTAL           MCDONALD HOPKINS LLC
AT (216) 348-5445              WWW.MCDONALDHOPKINS.COM  ATTN: ACCOUNTS RECEIVABLE
OR MHACCOUNTING@MCDONALDHOPKINS.COM                      600 SUPERIOR AVE, E.
                                                 SUITE 2100
                                                 CLEVELAND, OHIO 44114

REMITTANCE COPY



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH  45208

JANUARY 5, 2024
Invoice No:  1497986

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:   ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS
      25692-00108

THROUGH DECEMBER 31, 2023 INCLUDING THE FOLLOWING ITEMIZED SERVICES

| | | |
|---|---|---:|
| FEES FOR SERVICES | $ | 930.00 |
| LESS 10% FEE DISCOUNT | | -93.00 |
| TOTAL | $ | 837.00 |

STATEMENT OF ACCOUNT

| | | |
|---|---|---:|
| STATEMENT DATED CURRENT | $ | 837.00 |
| ADJUSTMENTS OR CREDITS | | -837.00 |
| TOTAL AMOUNT DUE | $ | 0.00 |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt


RE:  ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS
     25692-00108

12/01/23   REVIEW CEASE-AND-DESIST LETTER TO QUICKFIX.PLUS AND
           EXCHANGE EMAILS WITH J. TUCKER REGARDING POSSIBILITY
           OF "KURES INC." BEING ASSOCIATED WITH WEBSITE.
           MATTHEW J CAVANAGH            0.30 hours at   585.00/hr      175.50


12/12/23   EXCHANGE EMAILS WITH J. HALE REGARDING FILING OF NEW
           LAWSUIT AGAINST QUICKFIX.PLUS COMPANY (0.2); PERFORM
           LEGAL RESEARCH TO DETERMINE WHETHER ATTORNEY-CLIENT
           PRIVILEGE PROTECTS IDENTITY OF CLIENT TO DETERMINE
           BEST APPROACH FOR OBTAINING NAMES OF INDIVIDUALS AND
           ENTITIES OWNING AND OPERATING THE <QUICKFIX.PLUS>
           WEBSITE (0.5).
           MATTHEW J CAVANAGH            0.70 hours at   585.00/hr      409.50



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | |
|---|---|
| Invoice Date: | February 26, 2024 |
| Invoice Num.: | 1502076 |
| Matter Number: | 25692-00108 |

| | |
|---|---|
| Client: | SPECTRUM LABS |
| Matter: | ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS |

For professional services rendered through January 31, 2024

Currency: USD

| | |
|---|---|
| Fees | 5,266.50 |
| Courtesy Discount | -526.65 |
| Costs | 405.00 |
| **Total Due This Invoice** | **$5,144.85** |
| Less Trust Retainer | -5,144.85 |
| **Total Amount Due** | **$0.00** |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

Client: SPECTRUM LABS

Matter: ADV. QUICK FIX PLUS, DBA
QUICKFIX.PLUS

Invoice Date: February 26, 2024

Invoice Num.: 1502076

Matter Number: 25692-00108

---

**Time Detail**

███████████████████████████████████████████████████

| Date | Description | | | Amount |
|---|---|---|---|---|
| 01/23/24 | REVIEW MOST CURRENT DRAFT OF COMPLAINT AGAINST QUICKFIX.PLUS AND DRAFT EDITS TO SAME (0.9); REVIEW AND SELECT EVIDENCE TO ATTACH AS EXHIBITS TO COMPLAINT AGAINST QUICKFIX.PLUS (0.6); PERFORM FINAL EDITS TO COMPLAINT AND SUPPORTING EXHIBITS AND APPROVE SAME FOR FILING (0.6); DRAFT CORPORATE DISCLOSURE STATEMENT, CIVIL COVER SHEET, AND SUMMONS AS REQUIRED TO INITIATE LAWSUIT AND APPROVE SAME FOR FILING (1.0). | | | |
| | MATTHEW J CAVANAGH | 3.10 hours at | 585.00/hr | 1,813.50 |
| 01/24/24 | REVIEW ISSUED SUMMONS AND PROVIDE INSTRUCTIONS FOR SERVICE (0.2); REVIEW ASSIGNMENT OF MAGISTRATE ORDER BY COURT (0.1). | | | |
| | MATTHEW J CAVANAGH | 0.30 hours at | 585.00/hr | 175.50 |
| 01/25/24 | REVIEW INFORMATION PROVIDED BY PROCESS SERVER THAT ATTEMPTED SERVICE AT BUFFALO ADDRESS (0.2); DRAFT EMAIL TO QUICKFIX.PLUS ATTORNEY, EXPLAINING ISSUES WITH SERVICE AND ASKING WHETHER HE WILL IDENTIFY ENTITIES RUNNING THE BUSINESS AND ACCEPT SERVICE BY EMAIL (0.3); PROVIDE INSTRUCTIONS TO PROCESS SERVER FOR DOCUMENTING FAILURE OF SERVICE TO USE AS EVIDENCE IN CASE TO OBTAIN LEAVE TO SERVE BY ALTERNATIVE MEANS (0.2). | | | |
| | MATTHEW J CAVANAGH | 0.70 hours at | 585.00/hr | 409.50 |
| 01/26/24 | EXCHANGE EMAILS WITH J. COOK (COUNSEL FOR QUICKFIX.PLUS) REGARDING NEW LAWSUIT AGAINST HIS CLIENT. | | | |
| | MATTHEW J CAVANAGH | 0.10 hours at | 585.00/hr | 58.50 |

███████████████████████████████████████████████████

| | | | | |
|---|---|---|---|---|
| 01/29/24 | EXCHANGE EMAILS WITH J. COOKS REGARDING CALL TO DISCUSS LAWSUIT AND SERVICE ISSUES. | | | |
| | MATTHEW J CAVANAGH | 0.10 hours at | 585.00/hr | 58.50 |

███████████████████████████████████████████████████

| | | | | |
|---|---|---|---|---|
| 01/30/24 | REVIEW PACCAR V. TELESCAN CASE AND OTHER CASE MATERIALS TO PREPARE FOR CALL WITH QUICKFIX.PLUS ATTORNEY AND TO PREPARE TALKING POINTS IN RESPONSE TO ARGUES THAT HE'S LIKELY TO RAISE ON CALL (0.6); ATTEND CALL WITH QFPLUS ATTORNEY (0.4); DRAFT EMAIL TO SPECTRUM SUMMARIZING CALL AND PROPOSING TERMS OF SETTLEMENT DEMAND (0.2); EXCHANGE EMAILS WITH SPECTRUM REGARDING POTENTIAL "AUTHORIZED RESELLER" DEAL WITH QFPLUS (0.2). | | | |
| | MATTHEW J CAVANAGH | 1.40 hours at | 585.00/hr | 819.00 |
| **Total** | | **8.50** | | **$5,266.50** |

Client: SPECTRUM LABS

Matter: ADV. QUICK FIX PLUS, DBA
QUICKFIX.PLUS

| | |
|---|---|
| Invoice Date: | February 26, 2024 |
| Invoice Num.: | 1502076 |
| Matter Number: | 25692-00108 |

**Cost Detail**

| **Date** | **Description** | **Amount** |
|---|---|---|
| 01/31/24 | FILING FEES 01/23/2024 Filing Fees MATTHEW J CAVANAGH Filing fee for complaint | 405.00 |
| **Total** | | **$405.00** |



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | |
|---|---|
| Invoice Date: | March 12, 2024 |
| Invoice Num.: | 1504578 |
| Matter Number: | 25692-00108 |

Client:      SPECTRUM LABS

Matter:     ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

For professional services rendered through February 29, 2024

Currency: USD

| | |
|---|---|
| Fees | 1,419.00 |
| LESS 10% FEE DISCOUNT | -141.90 |
| Costs | 110.50 |
| **Total Amount Due** | **$1,387.60** |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

Client: SPECTRUM LABS

Matter: ADV. QUICK FIX PLUS, DBA
QUICKFIX.PLUS

Invoice Date:     March 12, 2024

Invoice Num.:             1504578

Matter Number:       25692-00108

**Time Detail**

| | | | |
|---|---|---|---|
| 02/22/24 | REVIEW LIST OF PROPOSED SETTLEMENT DEMANDS PROVIDED BY J. HALE, ANALYZE EACH TERM, AND DRAFT LEGAL ADVICE AND RECOMMENDATIONS REGARDING EACH AND SEND TO J. HALE. | | |
| | MATTHEW J CAVANAGH | 1.10 hours at   585.00/hr | 643.50 |
| 02/29/24 | REVIEW EMAIL FROM J. HALE REGARDING QUICKFIX.PLUS'S NEW WEBSITE AND POTENTIAL CHANGE OF SETTLEMENT STRATEGY; DRAFT LIST OF PROPOSED REVISED SETTLEMENT DEMANDS TO QUICKFIX.PLUS IN LIGHT OF NEW EVIDENCE OF BAD FAITH. | | |
| | MATTHEW J CAVANAGH | 0.50 hours at   585.00/hr | 292.50 |
| **Total** | | **2.30** | **$1,419.00** |

**Cost Detail**

| Date | Description | Amount |
|---|---|---|
| 02/21/24 | WNY PROCESS SERVICE LLC - COST ADVANCED (C0) - WNY PROCESS SERVICE | 110.50 |
| **Total** | | **$110.50** |



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | |
|---|---|
| Invoice Date: | April 18, 2024 |
| Invoice Num.: | 1508251 |
| Matter Number: | 25692-00108 |

Client:     SPECTRUM LABS
Matter:     ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

For professional services rendered through March 31, 2024

Currency: USD

| | |
|---|---|
| Fees | 2,164.50 |
| LESS 10% FEE DISCOUNT | -216.45 |
| **Total Due This Invoice** | **$1,948.05** |
| Less Trust Retainer | -1,948.05 |
| **Total Amount Due** | **$0.00** |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

| | |
|---|---|
| Client: SPECTRUM LABS | Invoice Date: April 18, 2024 |
| Matter: ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS | Invoice Num.: 1508251 |
| | Matter Number: 25692-00108 |

## Time Detail

03/20/24   DRAFT PROPOSED SETTLEMENT TERMS TO QUICKFIX.PLUS, INCLUDING PROPOSED STIPULATED INJUNCTION AND FORWARD TO J. HALE FOR REVIEW AND APPROVAL (2.2); DRAFT EMAIL TO M. STEPHENS AND J. GREENWELL REQUESTING APPROVAL OF SETTLEMENT TERMS TO QUICKFIX.PLUS (0.2).

| | | | |
|---|---|---|---|
| MATTHEW J CAVANAGH | 2.40 hours at | 585.00/hr | 1,404.00 |

03/22/24   TELECONFERENCE WITH J. HALE TO DISCUSS LITIGATION STRATEGY AGAINST QUICKFIX.PLUS AND PERSONAL LIABILITY OF INDIVIDUALS ASSOCIATED WITH BUSINESS, AND REVIEW COMPLAINT TO CONFIRM THAT IT NAMED "JOHN DOE" DEFENDANTS.

| | | | |
|---|---|---|---|
| MATTHEW J CAVANAGH | 0.40 hours at | 585.00/hr | 234.00 |

03/26/24   PREPARE TALKING POINTS FOR CALL WITH QUICKFIX.PLUS ATTORNEY (0.6); ATTEND CALL WITH QUICKFIX.PLUS ATTORNEY TO DISCUSS SPECTRUM'S CONCERNS ABOUT SALES BY DEFENDANT, NEW WEBSITE, AND RELATED ISSUES (0.3).

| | | | |
|---|---|---|---|
| MATTHEW J CAVANAGH | 0.90 hours at | 585.00/hr | 526.50 |
| **Total** | **3.70** | | **$2,164.50** |



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | |
|---|---|
| Invoice Date: | May 13, 2024 |
| Invoice Num.: | 1510924 |
| Matter Number: | 25692-00108 |

Client:     SPECTRUM LABS
Matter:     ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

For professional services rendered through April 30, 2024

Currency: USD

| | |
|---|---|
| Fees | 6,779.00 |
| Courtesy Discount | -677.90 |
| Costs | 2,878.03 |
| **Total Due This Invoice** | **$8,979.13** |
| Less Trust Retainer | -8,979.13 |
| **Total Amount Due** | **$0.00** |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

| | |
|---|---|
| Client: SPECTRUM LABS | Invoice Date: May 13, 2024 |
| Matter: ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS | Invoice Num.: 1510924 |
| | Matter Number: 25692-00108 |

---

**Time Detail**

04/02/24  PREPARE FOR AND ATTEND CALL WITH QUICKFIX.PLUS ATTORNEY TO DISCUSS SETTLEMENT AND SALES NUMBERS (0.5); DRAFT EMAIL TO J. HALE UPDATING HIM ON CALL WITH QUICKFIX.PLUS ATTORNEY AND PROVIDING RECOMMENDATIONS FOR NEXT STEPS (0.3).

MATTHEW J CAVANAGH       0.80 hours at    585.00/hr      468.00

04/03/24  EXCHANGE EMAILS WITH J. HALE REGARDING DEFENDANTS' CLAIM REGARDING SALES AND CONTINUED INTEREST IN PARTNERING WITH SPECTRUM.

MATTHEW J CAVANAGH       0.20 hours at    585.00/hr      117.00

04/12/24  REVIEW EMAILS FROM J. TUCKER AND J. HALE REGARDING DMCA NOTICES AGAINST <QUICKFIX.PLUS> WEBSITE, EVALUATE SAME, AND DRAFT RESPONSE (0.3); REVIEW EMAIL FROM J. HALE REGARDING ENFORCEMENT EFFORTS AGAINST <QUICKFIX.PLUS> AND PROVIDE RECOMMENDED STRATEGY FOR NEXT STEPS IN SETTLEMENT DISCUSSIONS (0.4).

MATTHEW J CAVANAGH       0.70 hours at    585.00/hr      409.50

04/16/24  EXCHANGE EMAILS WITH J. HALE REGARDING STRATEGY FOR SETTLEMENT AND LITIGATION WITH <QUICKFIX.PLUS> WEBSITE OWNER.

MATTHEW J CAVANAGH       0.40 hours at    585.00/hr      234.00

04/23/24  DRAFT SETTLEMENT PROPOSAL TO J. COOK (ATTORNEY FOR QUICKFIX.PLUS) AND DRAFT EMAIL TO J. COOK EXPLAINING THE SETTLEMENT PROPOSAL.

MATTHEW J CAVANAGH       1.30 hours at    585.00/hr      760.50

04/26/24  EXCHANGE EMAILS WITH COUNSEL FOR QUICKFIX.PLUS REGARDING SETTLEMENT PROPOSAL AND INJUNCTION DEMAND.

MATTHEW J CAVANAGH       0.20 hours at    585.00/hr      117.00

04/29/24  TELECONFERENCE WITH J. HALE AND J. GREENWELL REGARDING SETTLEMENT DISCUSSIONS WITH QUICKFIX.PLUS, DMCA OPTIONS, AND NEXT STEPS TO OBTAIN TAKEDOWN OF WEBSITE (0.4); PLAN TALKING POINTS FOR NEXT CALL WITH QUICKFIX.PLUS'S ATTORNEY (0.6)

MATTHEW J CAVANAGH       1.00 hours at    585.00/hr      585.00

| Client: SPECTRUM LABS | Invoice Date: | May 13, 2024 |
|---|---|---|
| Matter: ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS | Invoice Num.: | 1510924 |
| | Matter Number: | 25692-00108 |

| **Total** | **12.60** | **$6,779.00** |
|---|---|---|

**Cost Detail**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 04/17/24 | COMPUTERIZED RESEARCH/WESTLAW - MARCH 27, 2024-APRIL 27, 2024 | 2,878.03 |
| **Total** | | **$2,878.03** |



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | |
|---|---|
| Invoice Date: | June 12, 2024 |
| Invoice Num.: | 1514064 |
| Matter Number: | 25692-00108 |

Client:      SPECTRUM LABS
Matter:      ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

For professional services rendered through May 31, 2024

Currency: USD

| | |
|---|---|
| Fees | 5,906.00 |
| LESS 10% FEE DISCOUNT | -590.60 |
| Costs | 852.54 |
| **Total Due This Invoice** | **$6,167.94** |
| Less Trust Retainer | -6,167.94 |
| **Total Amount Due** | **$0.00** |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

| | |
|---|---|
| Client: SPECTRUM LABS | Invoice Date: June 12, 2024 |
| Matter: ADV. QUICK FIX PLUS, DBA | Invoice Num.: 1514064 |
| QUICKFIX.PLUS | Matter Number: 25692-00108 |

---

**Time Detail**

05/03/24   PREPARE FOR AND ATTEND CALL WITH QUICKFIX.PLUS'S ATTORNEY TO DISCUSS
SALES FIGURES AND SETTLEMENT (0.3); REVIEW FINANCIALS PROVIDED BY
QUICKFIX.PLUS'S ATTORNEY AND ESTIMATE REVENUES, COSTS, AND PROFITS (0.6);
DRAFT EMAIL TO SPECTRUM PROVIDING FINANCIALS FROM QUICKFIX.PLUS AND
PROVIDING ADVICE REGARDING SAME (0.3).

    MATTHEW J CAVANAGH      1.20 hours at    585.00/hr      702.00

05/07/24   REVIEW COURT ORDER REQUESTING THAT SPECTRUM PROVIDE UPDATE ON CASE
AND SERVE SUMMONS (0.2); BEGIN DRAFTING AMENDED COMPLAINT (0.9).

    MATTHEW J CAVANAGH      1.10 hours at    585.00/hr      643.50

05/08/24   DRAFT AMENDED COMPLAINT TO IDENTIFY "FIRE ON LOCATION CORPORATION" AS
THE DEFENDANT THAT OWNS AND OPERATES THE QUICKFIX.PLUS WEBSITE (2.0);
DRAFT NEW SUMMONS TO FIRE ON LOCATION CORPORATION (0.2).

    MATTHEW J CAVANAGH      2.20 hours at    585.00/hr    1,287.00

05/09/24   CONTINUE TO DRAFT AND REVISE FIRST AMENDED COMPLAINT TO IDENTIFY
COMPANY BEHIND QUICKFIX.PLUS (0.8); PERFORM FINAL REVIEW AND EDITS OF
AMENDED COMPLAINT AND SUMMONS AND APPROVE FOR FILING (0.2).

    MATTHEW J CAVANAGH      1.00 hours at    585.00/hr      585.00

05/13/24   DRAFT EMAIL TO J. COOK (QUICKFIX.PLUS'S ATTORNEY) REGARDING AMENDED
COMPLAINT, SUMMONS, AND COURT ORDER REQUIRING THAT SPECTRUM PERFECT
SERVICE.

    MATTHEW J CAVANAGH      0.40 hours at    585.00/hr      234.00

05/14/24   PREPARE FOR AND ATTEND CALL WITH J. COOK (COUNSEL FOR FOLC) TO DISCUSS
DEFENDANT'S AGREEMENT TO MAINTAIN STATUS QUO (AND KEEP WEBSITE OFFLINE)
DURING SETTLEMENT DISCUSSIONS (0.5); DRAFT WAIVER OF SERVICE DOCUMENT
(0.2); DRAFT EMAIL TO J. COOK SUMMARIZING DISCUSSIONS AND EXPLAINING
CONDITIONS UNDER WHICH WAIVER OF SERVICE IS OFFERED (0.4).

    MATTHEW J CAVANAGH      1.20 hours at    585.00/hr      702.00

05/16/24   REVIEW WAIVER OF SERVICE DOCUMENT PROVIDED BY ATTORNEY FOR FOLC AND
DRAFT RESPONSE TO SAME.

    MATTHEW J CAVANAGH      0.20 hours at    585.00/hr      117.00

05/20/24   REVIEW NOTES BY K. EZELL FROM CONVERSATION WITH FOLC'S OWNER AND
EVALUATE SETTLEMENT STRATEGY.

    MATTHEW J CAVANAGH      0.30 hours at    585.00/hr      175.50

05/21/24   ANALYZE SETTLEMENT STRATEGY WITH FOLC AND DRAFT EMAIL TO SPECTRUM
REGARDING SAME (0.6); REVIEW COURT'S ORDER TO SHOW CAUSE REGARDING
SERVICE OF DEFENDANT AND PLAN RESPONSE TO SAME (0.3); DRAFT SPECTRUM'S
RESPONSE TO SHOW CAUSE ORDER, REVISE, AND APPROVE SAME FOR FILING (0.7);
REVIEW WAIVER OF SERVICE DOCUMENT AND APPROVE SAME FOR FILING ON
COURT'S DOCKET (0.1).

| | | | |
|---|---|---|---|
| Client: SPECTRUM LABS | | Invoice Date: | June 12, 2024 |
| Matter: ADV. QUICK FIX PLUS, DBA | | Invoice Num.: | 1514064 |
| QUICKFIX.PLUS | | Matter Number: | 25692-00108 |

---

| | | | | |
|---|---|---|---|---|
| | MATTHEW J CAVANAGH | 1.70 hours at | 585.00/hr | 994.50 |
| 05/22/24 | REVIEW EMAIL FROM J. TUCKER REGARDING SETTLEMENT STRATEGY WITH FOLC AND DRAFT RESPONSE TO SAME. | | | |
| | MATTHEW J CAVANAGH | 0.30 hours at | 585.00/hr | 175.50 |
| **Total** | | **10.60** | | **$5,906.00** |

**Cost Detail**

| Date | Description | Amount |
|---|---|---|
| 05/06/24 | COMPUTERIZED RESEARCH/WESTLAW - APRIL 28, 2024-MAY 28, 2024 | 852.54 |
| **Total** | | **$852.54** |



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | |
|---|---|
| Invoice Date: | July 8, 2024 |
| Invoice Num.: | 1516410 |
| Matter Number: | 25692-00108 |

Client:         SPECTRUM LABS

Matter:        ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

For professional services rendered through June 30, 2024

Currency: USD

| | |
|---|---|
| Fees | 1,462.50 |
| LESS 10% FEE DISCOUNT | -146.25 |
| **Total Due This Invoice** | **$1,316.25** |
| Less Trust Retainer | -1,316.25 |
| **Total Amount Due** | **$0.00** |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

| | |
|---|---|
| Client: SPECTRUM LABS | Invoice Date: July 8, 2024 |
| Matter: ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS | Invoice Num.: 1516410 |
| | Matter Number: 25692-00108 |

## Time Detail

06/03/24   REVIEW COURT'S SECOND ORDER TO SHOW CAUSE REGARDING THE DOE DEFENDANTS, ADVISE CLIENT REGARDING SAME, AND PLAN RESPONSE TO SHOW-CAUSE ORDER.

           MATTHEW J CAVANAGH         0.30 hours at    585.00/hr        175.50

06/13/24   DRAFT RESPONSE TO COURT'S SECOND ORDER TO SHOW CAUSE ADVISING THAT SPECTRUM HAS NO OBJECTION TO DISMISSING "WITHOUT PREJUDICE" DOE DEFENDANTS AND APPROVE SAME FOR FILING.

           MATTHEW J CAVANAGH         0.60 hours at    585.00/hr        351.00

06/14/24   REVIEW PAST EMAILS AND DOCUMENTS EXCHANGED WITH FOLC'S COUNSEL AND SPECTRUM TO DETERMINE BEST TERMS FOR SETTLEMENT PROPOSAL, DRAFT SETTLEMENT PROPOSAL, AND EMAIL TO SPECTRUM FOR APPROVAL.

           MATTHEW J CAVANAGH         0.60 hours at    585.00/hr        351.00

06/18/24   EXCHANGE EMAILS WITH J. GREENWELL REGARDING SETTLEMENT OFFER TO FOLC.

           MATTHEW J CAVANAGH         0.10 hours at    585.00/hr         58.50

06/19/24   DRAFT UPDATED SETTLEMENT DEMAND TO FOLC AND FORWARD SAME TO COUNSEL FOR FOLC.

           MATTHEW J CAVANAGH         0.20 hours at    585.00/hr        117.00

06/26/24   EXCHANGE EMAILS WITH COUNSEL FOR FOLC TO DISCUSS SETTLEMENT.

           MATTHEW J CAVANAGH         0.20 hours at    585.00/hr        117.00

06/28/24   PREPARE FOR AND ATTEND CALL WITH ATTORNEY FOR FOLC TO DISCUSS SETTLEMENT TERMS (0.4); DRAFT EMAIL TO SPECTRUM REGARDING FOLC'S QUESTION ABOUT "INTERNATIONAL SALES" TERM IN PROPOSED SETTLEMENT AGREEMENT (0.1).

           MATTHEW J CAVANAGH         0.50 hours at    585.00/hr        292.50

**Total**                            **2.50**                    **$1,462.50**



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | |
|---|---|
| Invoice Date: | August 3, 2024 |
| Invoice Num.: | 1519927 |
| Matter Number: | 25692-00108 |

Client:      SPECTRUM LABS

Matter:     ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

For professional services rendered through July 31, 2024

Currency: USD

| | |
|---|---|
| Fees | 9,342.00 |
| Courtesy Discount | -934.20 |
| **Total Due This Invoice** | **$8,407.80** |
| Less Trust Retainer | -8,407.80 |
| **Total Amount Due** | **$0.00** |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

| | |
|---|---|
| Client: SPECTRUM LABS | Invoice Date: August 3, 2024 |
| Matter: ADV. QUICK FIX PLUS, DBA | Invoice Num.: 1519927 |
| QUICKFIX.PLUS | Matter Number: 25692-00108 |

---

**Time Detail**

07/02/24  REVIEW EMAIL FROM J. GREENWELL PROVIDING SPECIFICS AND DETAILS ABOUT POTENTIAL "INTERNATIONAL" AGREEMENT WITH FOLC AND DRAFT EMAIL TO FOLC'S ATTORNEY EXPLAINING SAME.

MATTHEW J CAVANAGH  0.40 hours at  585.00/hr  234.00

07/03/24  DRAFT SETTLEMENT AGREEMENT BETWEEN SPECTRUM AND FOLC AND FORWARD TO CLIENT AND J. COOK FOR REVIEW AND EDITS.

MATTHEW J CAVANAGH  2.80 hours at  585.00/hr  1,638.00

07/08/24  REVIEW AND EVALUATE J. GREENWELL COMMENTS AND PROPOSED CHANGES TO SETTLEMENT AGREEMENT (0.7); DRAFT EMAIL TO J. GREENWELL ADDRESSING HIS SETTLEMENT AGREEMENT COMMENTS (0.4); DRAFT REVISED LANGUAGE REQUIRING FOLC TO COMPLETE WORK-IN-KIND AGREEMENT WITHIN COMMERCIALLY REASONABLE TIME OR BE REQUIRED TO PAY $100K AND EMAIL J. GREENWELL AND SPECTRUM TEAM REGARDING SAME (0.2).

MATTHEW J CAVANAGH  1.30 hours at  585.00/hr  760.50

07/09/24  REVIEW PROPOSED REDLINES TO SETTLEMENT AGREEMENT DRAFT BY FOLC'S ATTORNEY AND DRAFT EMAIL TO SPECTRUM TEAM REGARDING SAME (0.5); DRAFT EMAIL TO FOLC'S ATTORNEY REGARDING POTENTIAL EXTENSION OF FOLC'S ANSWER DATE TO ALLOW FOR MORE TIME TO FINALIZE SETTLEMENT (0.2).

MATTHEW J CAVANAGH  0.70 hours at  585.00/hr  409.50

07/09/24  REVIEW REDLINES TO DRAFT SETTLEMENT AGREEMENT PROVIDED BY COUNSEL BY FOLC AND FORWARD SAME TO SPECTRUM TEAM FOR REVIEW (0.4); REVIEW EMAIL FROM K. EZELL WITH COMMENTS TO PROPOSED CHANGES TO SETTLEMENT AGREEMENT BY FOLC AND IDEAS ABOUT POTENTIAL SEO SERVICE AGREEMENT AND DRAFT RESPONSE TO SAME (0.3).

MATTHEW J CAVANAGH  0.70 hours at  585.00/hr  409.50

07/10/24  REVIEW EMAIL FROM K. EZELL REGARDING NEGOTIATION OF SEO AGREEMENT AND DRAFT EMAIL TO J. COOK (COUNSEL FOR FOLC) REQUESTING STANDARD SEO AGREEMENT FOR FURTHER NEGOTIATION.

MATTHEW J CAVANAGH  0.30 hours at  585.00/hr  175.50

07/11/24  EXCHANGE EMAILS AND PHONE CALLS WITH FOLC'S ATTORNEY TO NEGOTIATE SETTLEMENT (0.4); EXCHANGE EMAILS WITH FOLC'S ATTORNEY REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT (0.2); DRAFT STIPULATION OF EXTENSION OF TIME FOR FOLC TO RESPOND TO COMPLAINT IN ACCORDANCE WITH LOCAL RULE AND APPROVE SAME FOR FILING (0.4).

MATTHEW J CAVANAGH  1.00 hours at  585.00/hr  585.00

07/12/24  DRAFT STIPULATION FOR 21-DAY EXTENSION OF TIME AND FORWARD TO OPPOSING

| Client: SPECTRUM LABS | Invoice Date: | August 3, 2024 |
| Matter: ADV. QUICK FIX PLUS, DBA | Invoice Num.: | 1519927 |
| QUICKFIX.PLUS | Matter Number: | 25692-00108 |

COUNSEL FOR REVIEW AND APPROVAL (0.4); REVIEW REVISED VERSION OF STIPULATION PROVIDED BY OPPOSING COUNSEL AND APPROVE SAME FOR E-FILING (0.1); TELECONFERENCE WITH CLERK REGARDING STIPULATION FOR EXTENSION (0.1).

| | MATTHEW J CAVANAGH | 0.60 hours at | 585.00/hr | 351.00 |

07/15/24 PREPARE FOR AND ATTEND TELECONFERENCE WITH J. GREENWELL AND K. EZELL TO DISCUSS PROPOSED SEO WORK-IN-KIND AGREEMENT WITH FOLC TO PAY SETTLEMENT (0.6); DRAFT EMAIL TO SPECTRUM TEAM SUMMARIZING SEO TERMS THAT SPECTRUM WILL DRAFT TO PROPOSE TO FOLC (0.5).

| | MATTHEW J CAVANAGH | 1.10 hours at | 585.00/hr | 643.50 |

07/19/24 REVIEW DRAFT TERMS OF POTENTIAL SEO CONTRACT WITH FOLC AS PART OF SETTLEMENT AND EMAIL J. GREENWELL REGARDING SAME.

| | MATTHEW J CAVANAGH | 0.60 hours at | 585.00/hr | 351.00 |

07/22/24 CONTINUE TO REVIEW EMAILS AND DRAFT DOCUMENTS EXCHANGED WITH FOLC'S COUNSEL REGARDING TERMS OF POTENTIAL SEO AGREEMENT AND EVALUATE SAME.

| | MATTHEW J CAVANAGH | 0.80 hours at | 585.00/hr | 468.00 |

07/23/24 REVIEW SEO INFORMATION PROVIDED BY J. GREENWELL AND K. EZELL TO PREPARE FOR CALL TO DISCUSS SAME (0.5); ATTEND CALL WITH J. GREENWELL AND K. EZELL TO DISCUSS SEO AGREEMENT WITH FOLC AS PART OF SETTLEMENT OF CASE (0.5); DRAFT MATERIAL TERMS OF SEO AGREEMENT TO PROPOSE TO FOLC (0.9); REVIEW DRAFT OF SETTLEMENT AGREEMENT BY FOLC AND DRAFT PROPOSED REVISIONS TO SAME (0.7); DRAFT EMAIL TO K. EZELL AND J. GREENWELL REQUESTING REVIEW AND APPROVAL OF REVISED SEO AND SETTLEMENT AGREEMENT (0.1).

| | MATTHEW J CAVANAGH | 2.70 hours at | 585.00/hr | 1,579.50 |

07/31/24 REVIEW FILE AND PREPARE AND DRAFT TALKING POINTS TO PREPARE FOR CALL WITH FOLC'S ATTORNEY (0.4); ATTEND CALL WITH FOLC'S ATTORNEY TO DISCUSS SETTLEMENT (0.3); REVIEW PAST SALES INFORMATION PROVIDED BY FOLC TO CALCULATE PROFIT NUMBER TO DEMAND IN SETTLEMENT AND DRAFT EMAIL TO J. COOK REGARDING SAME (0.5).

| | MATTHEW J CAVANAGH | 1.20 hours at | 585.00/hr | 702.00 |
| **Total** | | **15.70** | | **$9,342.00** |



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | |
|---|---|
| Invoice Date: | September 7, 2024 |
| Invoice Num.: | 1523873 |
| Matter Number: | 25692-00108 |

Client:            SPECTRUM LABS
Matter:           ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

For professional services rendered through August 31, 2024

Currency: USD

| | |
|---|---|
| Fees | 1,287.00 |
| Courtesy Discount | -128.70 |
| **Total Due This Invoice** | **$1,158.30** |
| Less Trust Retainer | -1,158.30 |
| **Total Amount Due** | **$0.00** |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

| | |
|---|---|
| Client: SPECTRUM LABS | Invoice Date: September 7, 2024 |
| Matter: ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS | Invoice Num.: 1523873 |
| | Matter Number: 25692-00108 |

**Time Detail**

08/01/24 DRAFT MOTION FOR SECOND EXTENSION OF TIME BASED ON SETTLEMENT DISCUSSIONS AND EXCHANGE EMAILS WITH J. COOK (COUNSEL FOR FOLC) REGARDING SAME; REVIEW SD OHIO'S LOCAL RULES TO ENSURE THAT MOTION FOR EXTENSION COMPLIES WITH LOCAL RULES.

| MATTHEW J CAVANAGH | 0.80 hours at | 585.00/hr | 468.00 |
|---|---|---|---|

08/21/24 EXCHANGE EMAILS WITH J. GREENWELL REGARDING SETTLEMENT NEGOTIATION STATUS (0.2); DRAFT EMAIL TO FOLC'S COUNSEL CHECKING ON STATUS OF SETTLEMENT NEGOTIATIONS (0.1).

| MATTHEW J CAVANAGH | 0.30 hours at | 585.00/hr | 175.50 |
|---|---|---|---|

08/29/24 TELECONFERENCE WITH J. GREENWELL AND K. EZELL TO DISCUSS NEXT STEPS IN SETTLEMENT NEGOTIATIONS WITH FOLC (0.7); PERFORM LEGAL RESEARCH REGARDING ███████████████████████████████████████ ████████████ (0.4).

| MATTHEW J CAVANAGH | 1.10 hours at | 585.00/hr | 643.50 |
|---|---|---|---|
| **Total** | **2.20** | | **$1,287.00** |



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | |
|---|---|
| Invoice Date: | October 17, 2024 |
| Invoice Num.: | 1528251 |
| Matter Number: | 25692-00108 |

Client:          SPECTRUM LABS
Matter:          ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

For professional services rendered through September 30, 2024

Currency: USD

| | |
|---|---|
| Fees | 1,404.00 |
| Courtesy Discount | -140.40 |
| **Total Due This Invoice** | **$1,263.60** |
| Less Trust Retainer | -1,263.60 |
| **Total Amount Due** | **$0.00** |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

| | |
|---|---|
| Client: SPECTRUM LABS | Invoice Date: October 17, 2024 |
| Matter: ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS | Invoice Num.: 1528251 |
| | Matter Number: 25692-00108 |

**Time Detail**

09/03/24 EXCHANGE EMAILS WITH J. COOK (ATTORNEY FOR FOLC) REGARDING SETTLEMENT NEGOTIATIONS AND MOTION FOR EXTENSION (0.2); DRAFT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT TO CONTINUE SETTLEMENT DISCUSSIONS AND APPROVE FOR FILING (0.5); REVIEW SPECTRUM'S COMPLAINT AND LANHAM ACT TO JUSTIFY $35,000 SETTLEMENT DEMAND UNDER FACTS AND LAW (0.4); DRAFT FINAL SETTLEMENT OFFER TO J. COOK THAT EXPLAINS REASONABLENESS OF OFFER, POSSIBILITY THAT SPECTRUM COULD RECOVER TRIPLE DAMAGES AND ATTORNEYS' FEES, AND SEND TO SPECTRUM FOR REVIEW (0.6).

    MATTHEW J CAVANAGH      1.70 hours at   585.00/hr    994.50

09/12/24 PREPARE FOR AND ATTEND CALL WITH FOLC'S COUNSEL TO DISCUSS SPECTRUM'S $35,000 DEMAND AND FOLC'S RESPONSE TO SAME.

    MATTHEW J CAVANAGH      0.40 hours at   585.00/hr    234.00

09/24/24 EXCHANGE EMAILS WITH J. GREENWELL REGARDING STATUS OF SETTLEMENT NEGOTIATIONS WITH FOLC (0.1); DRAFT EMAIL TO FOLC'S ATTORNEY SUMMARIZING LAST PHONE CALL AND REQUESTING FORMAL AND SPECIFIC RESPONSE TO SPECTRUM'S SETTLEMENT DEMAND (0.2).

    MATTHEW J CAVANAGH      0.30 hours at   585.00/hr    175.50

**Total**          **2.40**        **$1,404.00**



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | |
|---|---|
| Invoice Date: | November 21, 2024 |
| Invoice Num.: | 1531675 |
| Matter Number: | 25692-00108 |

Client:       SPECTRUM LABS
Matter:       ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

For professional services rendered through October 31, 2024

Currency: USD

| | |
|---|---|
| Fees | 1,905.00 |
| Courtesy Discount | -190.50 |
| **Total Due This Invoice** | **$1,714.50** |
| Less Trust Retainer | -1,714.50 |
| **Total Amount Due** | **$0.00** |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

| | |
|---|---|
| Client: SPECTRUM LABS | Invoice Date: November 21, 2024 |
| Matter: ADV. QUICK FIX PLUS, DBA | Invoice Num.: 1531675 |
| QUICKFIX.PLUS | Matter Number: 25692-00108 |

---

**Time Detail**

10/03/24   REVIEW EMAIL FROM FOLC'S ATTORNEY REGARDING DEADLINE TO ANSWER AND STATUS OF SETTLEMENT TALKS (0.2); DRAFT AND REVISE PROPOSED SETTLEMENT COUNTER-PROPOSAL TERMS FOR SPECTRUM TO CONSIDER (0.4); EXCHANGE EMAILS WITH K. EZELL AND J. GREENWELL TO DISCUSS FOLC'S LATEST SETTLEMENT OFFER AND RECOMMENDATIONS FOR TERMS FOR COUNTER-OFFER (0.3); DRAFT EMAIL TO FOLC'S ATTORNEY REJECTING SETTLEMENT OFFER AND IDENTIFYING COUNTER-PROPOSAL TERMS (0.2).

       MATTHEW J CAVANAGH        1.10 hours at    635.00/hr        698.50

10/11/24   PREPARE FOR AND ATTEND TELECONFERENCE WITH J. COOK (ATTORNEY FOR FOLC) TO DISCUSS SETTLEMENT (0.5); EXCHANGE EMAILS WITH J. GREENWELL REGARDING STRATEGY FOR RESPONDING TO FOLC'S SETTLEMENT DEMAND (0.3).

       MATTHEW J CAVANAGH        0.80 hours at    635.00/hr        508.00

10/15/24   EXCHANGE EMAILS WITH J. GREENWELL REGARDING FOLC'S REFUSAL TO AGREE TO A "PERSONAL GUARANTEE" (0.2); DRAFT EMAIL TO FOLC'S ATTORNEY EXPLAINING THAT PERSONAL GUARANTEE IS A MUST-HAVE, EXPLAINING WHY, AND IDENTIFYING SPECTRUM'S FINAL SETTLEMENT POSITION (0.3).

       MATTHEW J CAVANAGH        0.50 hours at    635.00/hr        317.50

10/28/24   REVIEW DOCKET OF CASE AND COURT ORDERS ON EXTENSIONS TO DETERMINE WHETHER FOLC IS IN DEFAULT (0.2); DRAFT EMAIL TO J. GREENWELL REGARDING STATUS OF SETTLEMENT TALKS, FOLC'S DEFAULT STATUS, AND BEST STRATEGY FOR MOVING FORWARD (0.2); REVIEW J. GREENWELL RESPONSE AND PLAN STRATEGY FOR CONTACTING FOLC (0.1).

       MATTHEW J CAVANAGH        0.50 hours at    635.00/hr        317.50

10/29/24   EXCHANGE EMAILS WITH J. COOK REGARDING SETTLEMENT DISCUSSIONS IN LIGHT OF FOLC DEFAULT.

       MATTHEW J CAVANAGH        0.10 hours at    635.00/hr        63.50

**Total**                          **3.00**              **$1,905.00**



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | |
|---|---|
| Invoice Date: | December 10, 2024 |
| Invoice Num.: | 1533401 |
| Matter Number: | 25692-00108 |

| | |
|---|---|
| Client: | SPECTRUM LABS |
| Matter: | ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS |

For professional services rendered through November 30, 2024

Currency: USD

| | |
|---|---|
| Fees | 508.00 |
| Less 10% Fee Discount | -50.80 |
| **Total Amount Due** | **$457.20** |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

| Client: SPECTRUM LABS | Invoice Date: | December 10, 2024 |
|---|---|---|
| Matter: ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS | Invoice Num.: | 1533401 |
| | Matter Number: | 25692-00108 |

**Time Detail**

| | | | |
|---|---|---|---|
| 11/01/24 | PREPARE FOR AND ATTEND CALL WITH ATTORNEY FOR FOLC TO DISCUSS DEFAULT AND FURTHER NEGOTIATE SETTLEMENT (0.4); DRAFT FOLLOW UP EMAIL TO FOLC'S COUNSEL SUMMARIZING SPECTRUM'S OFFER (0.2). | | |
| | MATTHEW J CAVANAGH | 0.60 hours at    635.00/hr | 381.00 |
| 11/19/24 | EXCHANGE EMAILS WITH J. COOK AND J. GREENWELL REGARDING SETTLEMENT STATUS. | | |
| | MATTHEW J CAVANAGH | 0.20 hours at    635.00/hr | 127.00 |
| **Total** | | **0.80** | **$508.00** |



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | |
|---|---|
| Invoice Date: | January 16, 2025 |
| Invoice Num.: | 1537044 |
| Matter Number: | 25692-00108 |

Client:  SPECTRUM LABS

Matter:  ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

For professional services rendered through December 31, 2024

Currency: USD

| | |
|---|---|
| Fees | 2,095.50 |
| Courtesy Discount | -209.55 |
| **Total Amount Due** | **$1,885.95** |

---

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

| | |
|---|---|
| Client: SPECTRUM LABS | Invoice Date:      January 16, 2025 |
| Matter: ADV. QUICK FIX PLUS, DBA | Invoice Num.:      1537044 |
| QUICKFIX.PLUS | Matter Number:      25692-00108 |

**Time Detail**

| 12/02/24 | REVIEW AND ANALYZE SETTLEMENT COUNTER OFFER BY FOLC AND DRAFT EMAIL TO J. GREENWELL EXPLAINING COUNTER AND RECOMMENDING SPECTRUM'S COUNTER TO SAME. | | | |
|---|---|---|---|---|
| | MATTHEW J CAVANAGH | 0.30 hours at | 635.00/hr | 190.50 |
| 12/06/24 | DRAFT AND REVISE SETTLEMENT AGREEMENT WITH FOLC BASED ON NEW NEGOTIATED TERMS, INCLUDING CONDITIONING RELEASE ON FULL PAYMENT AND ADDING "TOLLING" CLAUSE TO AVOID UNTIMELINESS DEFENSE IF PAYMENT IS NOT MADE (2.6); DRAFT EMAIL TO J. COOK (ATTORNEY FOR FOLC) EXPLAINING NEW TERMS ADDED TO SETTLEMENT AGREEMENT AND REASONING BEHIND THEM (0.3). | | | |
| | MATTHEW J CAVANAGH | 2.90 hours at | 635.00/hr | 1,841.50 |
| 12/16/24 | DRAFT FOLLOW UP EMAIL TO FOLC'S COUNSEL REGARDING STATUS OF REVIEW OF DRAFT SETTLEMENT AGREEMENT. | | | |
| | MATTHEW J CAVANAGH | 0.10 hours at | 635.00/hr | 63.50 |
| **Total** | | **3.30** | | **$2,095.50** |



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | |
|---|---|
| Invoice Date: | February 13, 2025 |
| Invoice Num.: | 1539966 |
| Matter Number: | 25692-00108 |

Client:          SPECTRUM LABS
Matter:          ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

For professional services rendered through January 31, 2025

Currency: USD

| | |
|---|---|
| Fees | 2,032.00 |
| Courtesy Discount | -203.20 |
| **Total Due This Invoice** | **$1,828.80** |
| Less Trust Retainer | -1,828.80 |
| **Total Amount Due** | **$0.00** |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

| | |
|---|---|
| Client: SPECTRUM LABS | Invoice Date: February 13, 2025 |
| Matter: ADV. QUICK FIX PLUS, DBA | Invoice Num.: 1539966 |
| QUICKFIX.PLUS | Matter Number: 25692-00108 |

---

**Time Detail**

01/14/25 EXCHANGE EMAILS AND VOICEMAILS WITH FOLC'S ATTORNEY REGARDING SETTLEMENT TALKS.

      MATTHEW J CAVANAGH       0.20 hours at   635.00/hr     127.00

01/17/25 DRAFT THREAT EMAIL TO FOLC'S ATTORNEY THREATENING TO SUE FOLC'S OWNER INDIVIDUALLY AND MOVING FOR DEFAULT JUDGMENT IF SETTLEMENT IS NOT REACHED WITHIN ONE WEEK (0.4); DRAFT EMAIL TO J. GREENWELL EXPLAINING STATUS OF SETTLEMENT TALKS AND REQUESTING REVIEW AND APPROVAL OF THREAT EMAIL (0.2); REVIEW J. GREENWELL APPROVAL, FINALIZE EMAIL, AND TRANSMIT SAME TO J. COOK (FOLC ATTORNEY) (0.2).

      MATTHEW J CAVANAGH       0.80 hours at   635.00/hr     508.00

01/21/25 REVIEW EMAIL AND REDLINE EDITS TO SETTLEMENT AGREEMENT BY COUNSEL FOR FOLC, ANALYZE SAME, AND PLAN RESPONSE POSITION (0.8); DRAFT EMAIL TO J. GREENWELL IDENTIFYING SETTLEMENT CHANGES PROPOSED BY FOLC AND ADVICE REGARDING SAME (0.3).

      MATTHEW J CAVANAGH       1.10 hours at   635.00/hr     698.50

01/22/25 DRAFT REVISIONS TO SETTLEMENT AGREEMENT BASED ON PHONE CALL WITH FOLC'S COUNSEL AND MOST RECENT EXCHANGE OF REDLINES (0.4); DRAFT EMAIL TO FOLC'S COUNSEL EXPLAINING NEW CHANGES TO SETTLEMENT TO PROTECT SPECTRUM INTERESTS AGAINST RELEASED PARTIES AND SCOPE OF TOLLING PROVISION AND REQUESTING APPROVAL OF SAME (0.3); REVIEW RESPONSE FROM FOLC'S COUNSEL IDENTIFYING SEVERAL ADDITIONAL REQUIRED CHANGES, REVISE SETTLEMENT ACCORDINGLY, AND EMAIL BACK TO FOLC'S COUNSEL (0.2); EXCHANGE EMAILS WITH J. GREENWELL REGARDING SETTLEMENT NEGOTIATIONS WITH FOLC (0.1).

      MATTHEW J CAVANAGH       1.00 hours at   635.00/hr     635.00

01/29/25 DRAFT EMAIL TO J. COOK REQUESTING STATUS UPDATE ON SETTLEMENT TALKS.

      MATTHEW J CAVANAGH       0.10 hours at   635.00/hr     63.50

**Total**       **3.20**       **$2,032.00**



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | | |
|---|---|---|
| Invoice Date: | | April 4, 2025 |
| Invoice Num.: | | 1545529 |
| Matter Number: | | 25692-00108 |

| | |
|---|---|
| Client: | SPECTRUM LABS |
| Matter: | ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS |

For professional services rendered through February 28, 2025

Currency: USD

| | |
|---|---|
| Fees | 468.00 |
| Less 10% Fee Discount | -46.80 |
| **Total Amount Due** | **$421.20** |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

| Client: SPECTRUM LABS | Invoice Date: | April 4, 2025 |
|---|---|---|
| Matter: ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS | Invoice Num.: | 1545529 |
| | Matter Number: | 25692-00108 |

**Time Detail**

| 02/06/25 | DRAFT EMAIL TO J. COOK (DEFENDANT'S COUNSEL) DEMANDING SIGNATURE ON SETTLEMENT BY 2/14 OR SPECTRUM WILL PROCEED WITH LITIGATION. | | | |
|---|---|---|---|---|
| | MATTHEW J CAVANAGH | 0.10 hours at | 585.00/hr | 58.50 |
| 02/25/25 | DRAFT EMAIL TO J. GREENWELL REGARDING FOLC IGNORING SETTLEMENT DEMAND AND RECOMMENDATION THAT ███████████████████████ ████████████████████████ | | | |
| | MATTHEW J CAVANAGH | 0.20 hours at | 585.00/hr | 117.00 |
| 02/26/25 | EXCHANGE EMAILS WITH J. GREENWELL REGARDING SETTLEMENT AND LITIGATION STRATEGY AGAINST FOLC BASED ON HIS IGNORING OUR MOST RECENT COMMUNICATIONS. | | | |
| | MATTHEW J CAVANAGH | 0.20 hours at | 585.00/hr | 117.00 |
| 02/28/25 | PREPARE TALKING POINTS FOR CALL WITH FOLC'S ATTORNEY, LEAVE VOICEMAIL FOR FOLC'S ATTORNEY THREATENING PERSONAL LAWSUIT AGAINST FOLC'S OWNER. | | | |
| | MATTHEW J CAVANAGH | 0.30 hours at | 585.00/hr | 175.50 |
| **Total** | | **0.80** | | **$468.00** |



McDonald Hopkins LLC
600 Superior Avenue, E
Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
Fed. ID 34-1059058

Invoice Due Upon Receipt

SPECTRUM LABS
MATTHEW STEPHENS
P.O. BOX 8401
CINCINNATI, OH 45208

| | |
|---|---|
| Invoice Date: | April 21, 2025 |
| Invoice Num.: | 1547407 |
| Matter Number: | 25692-00108 |

| | |
|---|---|
| Client: | SPECTRUM LABS |
| Matter: | ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS |

For professional services rendered through March 31, 2025

Currency: USD

| | |
|---|---|
| Fees | 1,872.00 |
| Courtesy Discount | -187.20 |
| **Total Due This Invoice** | **$1,684.80** |
| Less Trust Retainer | -1,684.80 |
| **Total Amount Due** | **$0.00** |

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

| | |
|---|---|
| Client: SPECTRUM LABS | Invoice Date: April 21, 2025 |
| Matter: ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS | Invoice Num.: 1547407 |
| | Matter Number: 25692-00108 |

## Time Detail

03/13/25 DRAFT EMAIL TO J. GREENWELL ADVISING THAT FOLC HAS NOT RESPONDED TO SETTLEMENT OFFER AND REQUESTING INSTRUCTION.

| MATTHEW J CAVANAGH | 0.10 hours at | 585.00/hr | 58.50 |
|---|---|---|---|

03/24/25 REVIEW COURT ORDER REQUIRING SPECTRUM TO MOVE FOR DEFAULT JUDGMENT WITHIN 14 DAYS, PLAN STRATEGY IN RESPONSE TO SAME, EMAIL J. GREENWELL REGARDING SAME AND REQUESTING APPROVAL TO MOVE FOR DEFAULT JUDGMENT, AND DRAFT EMAIL TO DEFENDANT'S COUNSEL PROVIDING NOTICE OF COURT ORDER AND FORTHCOMING MOTION FOR DEFAULT JUDGMENT.

| MATTHEW J CAVANAGH | 0.40 hours at | 585.00/hr | 234.00 |
|---|---|---|---|

03/24/25 REVIEW SALES INFORMATION AND OTHER DOCUMENTATION PROVIDED BY FOLC'S ATTORNEY TO ESTIMATE SPECTRUM'S DAMAGES (0.5); REVIEW INVOICES TO ESTIMATE SPECTRUM'S ATTORNEYS' FEES TO SEEK IN DEFAULT JUDGMENT MOTION (0.2); EXCHANGE EMAILS WITH J. GIBSON REGARDING FOLC MATTER (0.1).

| MATTHEW J CAVANAGH | 0.80 hours at | 585.00/hr | 468.00 |
|---|---|---|---|

03/25/25 PREPARE FOR AND ATTEND CALL WITH J. GIBSON TO DISCUSS LITIGATION STRATEGY AND OPTIONS REGARDING FOLC.

| MATTHEW J CAVANAGH | 0.50 hours at | 585.00/hr | 292.50 |
|---|---|---|---|

03/25/25 DRAFT RESPONSE TO J. GREENWELL EMAIL RESPONDING TO VARIOUS QUESTIONS ABOUT LEGAL STRATEGY AGAINST FOLC.

| MATTHEW J CAVANAGH | 0.30 hours at | 585.00/hr | 175.50 |
|---|---|---|---|

03/25/25 REVIEW AND ANALYZE PROPOSED REDLINES TO SETTLEMENT AGREEMENT BY J. COOK ON BEHALF OF FOLC AND COMPARE TO PRIOR PROPOSAL TO IDENTIFY AND EVALUATE SUBSTANTIVE CHANGES PROPOSED BY FOLC (0.6); TELECONFERENCE WITH FOLC'S ATTORNEY TO DISCUSS CHANGES TO SETTLEMENT AGREEMENT (0.1); DRAFT EMAIL TO J. GREENWELL AND J. GIBSON REGARDING PROPOSED REDLINE CHANGES TO SETTLEMENT, EXPLAINING ███████████ ███████████ (0.2); EXCHANGE EMAILS WITH J. GIBSON AND J. GREENWELL REGARDING SETTLEMENT OFFER AND ███████ ███████████ (0.2).

| MATTHEW J CAVANAGH | 1.10 hours at | 585.00/hr | 643.50 |
|---|---|---|---|
| **Total** | **3.20** | | **$1,872.00** |

| Client: | **SPECTRUM LABS** | | Printed: May 1, 2025 | Page Number |
|---|---|---|---|---|
| | | | Proforma Number: 124772 | 1 of 7 |

**Matter Number:** 25692-00108
**Matter Description:** ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

## Matter Information

| | | | Proforma Information | |
|---|---|---|---|---|

| Matter Billing Address: | SPECTRUM LABS | Billing Attorney: | DAVID B CUPAR | Through Date: | 05/01/25 |
|---|---|---|---|---|---|
| | MATTHEW STEPHENS | Supervising Attorney: | DAVID B CUPAR | Run Date: | 05/01/25 |
| | P.O. BOX 8401 | Responsible Attorney: | DAVID B CUPAR | Proforma Status: | Current |
| | CINCINNATI, OH 45208 | E-Billing: | No | Proforma Currency: | USD |
| Billing Contact: | | Date Matter Opened: | 11/20/23 | Invoice Number: | DRAFT |
| | | Matter Status: | Open | | |
| | | Matter Currency: | USD | | |

## Matter Statistics (as of 05/01/25)

| | | Matter Fee Arrangements | | Available Matter Balances | |
|---|---|---|---|---|---|
| Billing Realization - LTD | 92.03% | Arrangement: | Hourly | BOA: | 0.00 |
| Fees Write Off - LTD: | 0.00 | Fee Maximum: | 0.00 | Trust: | 0.00 |
| AR Write Off - LTD: | 0.00 | Volume Discount: | | Unallocated Funds: | 0.00 |
| WIP Fees: | 13,000.50 | Exception Rate: | Yes | | |
| AR Fees: | 0.00 | Fee Estimate: | 0.00 | | |

### Proforma Totals

| | Hours | Fees | Soft Costs | Hard Costs | Other Charges | Total |
|---|---|---|---|---|---|---|
| Work Total | 21.90 | 13,000.50 | 0.00 | 0.00 | 0.00 | 13,000.50 |
| Write Up/Down | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Adjustments | N/A | 0.00 | 0.00 | 0.00 | N/A | 0.00 |
| Billable Amount | 21.90 | 13,000.50 | 0.00 | 0.00 | 0.00 | 13,000.50 |
| Taxes | | | | | | 0.00 |
| Applied Unallocated | | | | | | 0.00 |
| Applied Trust | | | | | | 0.00 |
| BOA | | | | | | 0.00 |
| Total Bill | 21.90 | $13,000.50 | $0.00 | $0.00 | $0.00 | $13,000.50 |

| Client: | SPECTRUM LABS | | | | Printed: May 1, 2025 | | | Page Number |
|---------|---------------|--|--|--|----------------------|--|--|-------------|
| | | | | | Proforma Number: 124772 | | | 2 of 7 |

**Matter Number:** 25692-00108
**Matter Description:** ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

## Fee Detail

| Index | Work Date | Time Details | Task Code | Activity Code | Timekeeper | Hours | Rate | Amount | Status | Circle Action | Notes |
|-------|-----------|--------------|-----------|---------------|------------|-------|------|--------|--------|---------------|-------|
| 8440920 | 04/01/25 | REVIEW TERMS OF SETTLEMENT AGREEMENT REGARDING TIMING OF TRANSFER OF DOMAIN NAME AND EXCHANGE EMAILS WITH J. COOK (ATTORNEY FOR FOLC) REGARDING SAME AND FOLLOWING UP ON REQUEST FOR TRANSFER. | | | MATTHEW J CAVANAGH | 0.20 | 585.00 | 117.00 | B | WO/EX/TRF | |
| 8440956 | 04/02/25 | EXCHANGE EMAILS WITH FOLC'S COUNSEL REGARDING STATUS OF SETTLEMENT. | | | MATTHEW J CAVANAGH | 0.20 | 585.00 | 117.00 | B | WO/EX/TRF | |
| 8440996 | 04/03/25 | EXCHANGE EMAILS WITH FOLC'S COUNSEL REGARDING EXECUTION OF THE SETTLEMENT AGREEMENT (0.1); EXCHANGE EMAILS WITH J. GIBSON REGARDING DELAY IN GETTING FOLC'S SIGNATURE ON SETTLEMENT AGREEMENT (0.1). | | | MATTHEW J CAVANAGH | 0.20 | 585.00 | 117.00 | B | WO/EX/TRF | |
| 8441003 | 04/04/25 | DRAFT EMAIL TO J. COOK (COUNSEL FOR FOLC) REQUESTING UPDATE ON GETTING SETTLEMENT AGREEMENT EXECUTED AND NEED TO ADVISE COURT REGARDING SAME BY MONDAY'S DEADLINE. | | | MATTHEW J CAVANAGH | 0.10 | 585.00 | 58.50 | B | WO/EX/TRF | |
| 8453727 | 04/07/25 | REVIEW EMAIL FROM J. GIBSON REGARDING POTENTIALLY REVOKING SETTLEMENT AND CONSIDER STRATEGY FOR POTENTIALLY MOVING FOR DEFAULT JUDGMENT (0.2); PERFORM LEGAL RESEARCH TO ASSESS WHETHER ██████ ████ ████ (0.3); ANALYZE AND DEVELOP POTENTIAL STRATEGIES AGAINST FOLC IN LIGHT OF REFUSAL TO SIGN SETTLEMENT AGREEMENT OR TO COMPLY WITH TERMS OF SAME IN PREPARATION FOR CALL WITH J. GIBSON (0.3). | | | MATTHEW J CAVANAGH | 0.80 | 585.00 | 468.00 | B | WO/EX/TRF | |
| 8453730 | 04/07/25 | PREPARE FOR AND ATTEND TELECONFERENCE WITH J. GIBSON AND J. GREENWELL REGARDING | | | MATTHEW J CAVANAGH | 0.60 | 585.00 | 351.00 | B | WO/EX/TRF | |

May 1, 2025

| Client: | **SPECTRUM LABS** | | | | | | | Printed: May 1, 2025 | | | Page Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Proforma Number: 124772 | | | 3 of 7 |

**Matter Number:** 25692-00108
**Matter Description:** ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

| Index | Work Date | Time Details | Task Code | Activity Code | Timekeeper | Hours | Rate | Amount | Status | Circle Action | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | STATUS OF SETTLEMENT NEGOTIATIONS WITH FOLC AND STRATEGY REGARDING SAME (0.4); DRAFT EMAIL TO J. COOK (ATTORNEY FOR FOLC), STATING SPECTRUM'S POSITION THAT, AT A MINIMUM, THE SETTLEMENT WAS REPUDIATED BY FOLC (0.2). | | | | | | | | | |
| 8453735 | 04/07/25 | DRAFT AND REVISE RESPONSE TO ORDER SHOW CAUSE BASED ON NEW CASE STRATEGY IN LIGHT OF REPUDIATION BY FOLC. | | | MATTHEW J CAVANAGH | 0.60 | 585.00 | 351.00 | B | WO/EX/TRF | |
| 8453743 | 04/07/25 | DRAFT AND REVISE NEW RESPONSE TO COURT'S ORDER TO SHOW CAUSE IN LIGHT OF RECEIPT OF SIGNED SETTLEMENT AGREEMENT, CONFERRAL WITH CLIENT, AND NEW STRATEGY FOR ENFORCING SETTLEMENT (1.3); PERFORM FINAL REVIEW OF SHOW CAUSE RESPONSE AND APPROVE FOR FILING (0.3). | | | MATTHEW J CAVANAGH | 1.60 | 585.00 | 936.00 | B | WO/EX/TRF | |
| 8453860 | 04/09/25 | REVIEW EMAIL FROM J. GIBSON PROVIDING INSTRUCTIONS FOR TRANSFER OF DOMAIN NAME, DRAFT EMAIL TO FOLC'S ATTORNEY REGARDING SAME, AND UPDATE CLIENT. | | | MATTHEW J CAVANAGH | 0.30 | 585.00 | 175.50 | B | WO/EX/TRF | |
| 8453864 | 04/10/25 | REVIEW EMAIL FROM J. COOK PROVIDING SUGGESTIONS FOR TRANSFER OF DOMAIN NAME, EXCHANGE EMAILS WITH J. COOK AND CLIENT TO EFFECT DOMAIN NAME TRANSFER, CONFIRM WITH CLIENT THAT TRANSFER OCCURRED, AND CONFIRM SAME WITH J. COOK. | | | MATTHEW J CAVANAGH | 0.30 | 585.00 | 175.50 | B | WO/EX/TRF | |
| 8453883 | 04/11/25 | REVIEW COURT ORDER GRANTING SPECTRUM UNTIL APR. 21, 2025 TO PROVIDE STATUS REPORT OR DISMISSAL. | | | MATTHEW J CAVANAGH | 0.10 | 585.00 | 58.50 | B | WO/EX/TRF | |
| 8475248 | 04/14/25 | REVIEW SETTLEMENT AGREEMENT | | | MATTHEW J | 0.10 | 585.00 | 58.50 | B | WO/EX/TRF | |

May 1, 2025

| Client: | SPECTRUM LABS | | | | | Printed: May 1, 2025 | | | Page Number |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Proforma Number: 124772 | | | 4 of 7 |

Matter Number: **25692-00108**
Matter Description: **ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS**

| Index | Work Date | Time Details | Task Code | Activity Code | Timekeeper | Hours | Rate | Amount | Status | Circle Action | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TO DETERMINE NEXT STEP REQUIRED BY FOLC AND DRAFT EMAIL TO J. GIBSON AND J. GREENWELL REGARDING STATUS OF FOLC'S SETTLEMENT PAYMENT. | | | CAVANAGH | | | | | | |
| 8476322 | 04/16/25 | EXCHANGE EMAILS WITH J. GIBSON REGARDING FOLC'S FAILURE TO PAY FIRST SETTLEMENT PAYMENT AND EXCHANGE EMAILS WITH J. COOK (ATTORNEY FOR FOLC) REGARDING SAME. | | | MATTHEW J CAVANAGH | 0.30 | 585.00 | 175.50 | B | WO/EX/TRF | |
| 8476437 | 04/17/25 | EXCHANGE EMAILS WITH J. GIBSON REGARDING FOLC'S FAILURE TO PAY SETTLEMENT AMOUNT, NO FOLC RESPONSE TO OUR NOTICE OF BREACH, AND STRATEGY FOR MOVING FORWARD WITH LITIGATION AND STATUS REPORT DUE TO COURT (0.2); CONFER WITH D. CUPAR REGARDING STRATEGY FOR ADDRESSING BREACH OF SETTLEMENT AGREEMENT BY FOLC (0.3); PERFORM LEGAL RESEARCH TO DETERMINE ███████████ (0.3); CONTINUE TO PLAN LITIGATION STRATEGY FOR ADDRESSING FOLC'S BREACH OF PAYMENT OBLIGATIONS AND LIKELIHOOD IT WILL CONTINUE TO BREACH (0.2). | | | MATTHEW J CAVANAGH | 1.00 | 585.00 | 585.00 | B | WO/EX/TRF | |
| 8476442 | 04/17/25 | DRAFT STATUS REPORT TO COURT, EXPLAINING THAT SETTLEMENT HAS BEEN BREACHED AND WHY SIGNING OF SETTLEMENT DOES NOT BAR SPECTRUM FROM PROCEEDING WITH | | | MATTHEW J CAVANAGH | 2.60 | 585.00 | 1,521.00 | B | WO/EX/TRF | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Client: | **SPECTRUM LABS** | | | | | | **Printed: May 1, 2025** | | **Page Number** | |
| | | | | | | | **Proforma Number: 124772** | | **5 of 7** | |

Matter Number:       **25692-00108**
Matter Description:       **ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS**

| Index | Work Date | Time Details | Task Code | Activity Code | Timekeeper | Hours | Rate | Amount | Status | Circle Action | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DEFAULT JUDGMENT MOTION, AND ADVISING THAT SPECTRUM INTENDS TO PROCEED WITH DEFAULT JUDGMENT AND REQUESTING DEADLINE FOR DOING SO (2.3); FORWARD DRAFT STATUS REPORT TO J. GIBSON AND D. CUPAR FOR REVIEW, REVISE STATUS REPORT, AND APPROVE FOR FILING (0.3). | | | | | | | | | |
| 8489345 | 04/28/25 | REVIEW FEDERAL CIVIL RULES AND SD OHIO'S LOCAL RULES TO ENSURE THAT REQUEST FOR ENTRY OF DEFAULT COMPLIES WITH SAME (0.2); DRAFT REQUEST FOR CLERK'S ENTRY OF DEFAULT AND APPROVE SAME FOR FILING (0.7); REVIEW AMENDED COMPLAINT, LAW, AND EVIDENCE TO PLAN AND OUTLINE MOTION FOR DEFAULT JUDGMENT (0.8); DRAFT EMAIL TO FOLC'S ATTORNEY REGARDING REQUEST FOR AND ENTRY OF DEFAULT (0.1); DRAFT MOTION FOR DEFAULT JUDGMENT (0.3); DRAFT INTRODUCTION AND STATEMENT OF FACTS TO MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT (1.7). | | | MATTHEW J CAVANAGH | 3.50 | 585.00 | 2,047.50 | B | WO/EX/TRF | |
| 8489459 | 04/30/25 | PERFORM LEGAL RESEARCH TO DETERMINE EXTENT TO WHICH PLAINTIFF MUST ESTABLISH THAT IT PLEADED A VALID AND PLAUSIBLE CLAIM TO OBTAIN DEFAULT JUDGMENT ON LIABILITY IN SD OHIO AND SIXTH CIRCUIT (0.5) PERFORM LEGAL RESEARCH REGARDING EXTENT TO WHICH "FRISCH" FACTORS MUST BE SATISFIED TO OBTAIN DEFAULT JUDGMENT OF LIABILITY ON INFRINGEMENT (0.4); PERFORM LEGAL RESEARCH TO SUPPORT ARGUMENT THAT SPECTRUM NEED ONLY PROVE | | | MATTHEW J CAVANAGH | 7.60 | 585.00 | 4,446.00 | B | WO/EX/TRF | |

| Client: | **SPECTRUM LABS** | | Printed: May 1, 2025 | Page Number |
|---|---|---|---|---|
| | | | Proforma Number: 124772 | **6 of 7** |

**Matter Number:** 25692-00108
**Matter Description:** ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS

| Index | Work Date | Time Details | Task Code | Activity Code | Timekeeper | Hours | Rate | Amount | Status | Circle Action | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | "REVENUES" TO RECOVER DEFENDANT'S PROFITS UNDER THE LANHAM ACT (0.6); PERFORM LEGAL RESEARCH TO SUPPORT ARGUMENT THAT FEDERAL REGISTRATIONS ESTABLISH VALID TRADEMARK RIGHTS (0.3); PERFORM LEGAL RESEARCH TO FIND CASELAW SUPPORTING THE ARGUMENT THAT ATTORNEYS' FEES ARE RECOVERABLE UNDER THE LANHAM ACT BASED ON WILLFUL INFRINGEMENT AND/OR DEFAULT BY DEFENDANT (0.7); PERFORM LEGAL RESEARCH TO FIND CASELAW SUPPORTING ARGUMENTS IN FAVOR OF DEFAULT JUDGMENT OF LIABILITY ON CYBERPIRACY CLAIM (0.6); DRAFT SECTIONS OF MEMORANDUM IN SUPPORT OF DEFAULT JUDGMENT MOTION EXPLAINING HOW ALLEGATIONS IN COMPLAINT ESTABLISH TRADEMARK INFRINGEMENT AND CYBERPIRACY BY DEFENDANTS (2.2); DRAFT SECTION OF MEMORANDUM IN SUPPORT URGING COURT TO ENTER DEFAULT JUDGMENT OF WILLFUL INFRINGEMENT (0.8); DRAFT SECTION OF DEFAULT JUDGMENT MOTION REQUESTING ATTORNEYS' FEES UNDER LANHAM ACT (0.6); PERFORM LEGAL RESEARCH TO DETERMINE WHAT SOURCES THE SD OHIO COURTS RELY UPON TO ESTABLISH REASONABLENESS OF ATTORNEYS' FEES (0.5); REVIEW OHIO BAR ASSOCIATIONS' ECONOMIC REPORT TO CONFIRM FEES CHARGED ARE REASONABLE (0.4). | | | | | | | | | |
| **TOTAL** | | | | | | 21.90 | | $13,000.50 | | | |

| Timekeeper Summary | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Number | Name | Timekeeper Title | Office | Rate | Work Hours | Bill Hours | Work Amount | Write Up/Down | Bill Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|

**Client:**      **SPECTRUM LABS**

**Printed:** May 1, 2025
**Proforma Number:** 124772

**Page Number**
**7 of 7**

**Matter Number:**      **25692-00108**
**Matter Description:**      **ADV. QUICK FIX PLUS, DBA QUICKFIX.PLUS**

| Number | Name | Timekeeper Title | Office | Rate | Work Hours | Bill Hours | Work Amount | Write Up/Down | Bill Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 0307 | DAVID B CUPAR | Member | Cleveland, OH | 690.00 | 1.80 | 1.80 | 1,242.00 | 0.00 | 1,242.00 | |
| 0554 | MATTHEW J CAVANAGH | Member | Cleveland, OH | 585.00 | 20.10 | 20.10 | 11,758.50 | 0.00 | 11,758.50 | |
| **TOTAL** | | | | | **21.90** | **21.90** | **$13,000.50** | **$0.00** | **$13,000.50** | |

**Proforma Billing Instructions**

**Matter Billing Instructions**

10% DISC ON ATTY FEES-SHOW ON INV. APPLY OH TRUST FUNDS. AUTO EMAIL PER A. HERMAN 11.11.24  - CLIENT CREDIT OF $28,770.50 WAS APPLIED IN FULL ON SPECTRUM INV 1531593 - 11/21/24 AS OF 2/1/25 CUPAR $690/CAVANAGH $585/FOOTE-HUTH $300

☐ Final Bill    ☐ Bill Fees Only    ☐ Bill Costs Only    ☐ Do Not Bill    ☐ Close Matter

May 1, 2025